```
 1  ELIZABETH WALDOW
    NATIONAL PARK SERVICE
 2  Law Enforcement Office
    P.O. Box 517
 3  Yosemite, California 95389
    Telephone: 209-372-0243
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10  UNITED STATES GOVERNMENT,    )    DOCKET #6:07-mj-00135-WMW
                                 )
11         Plaintiff,            )
                                 )    STIPULATION TO CONTINUE
12     vs.                       )    INITIAL APPEARANCE AND
                                 )    ARRAIGNMENT ON July 10, 2007,
13                               )
                                 )
14                               )
    PAUL J. COLLINS              )    Date: July 31, 2007
15                               )    Time: 10:00
           Defendant.            )    Court: U.S. Magistrate
16  _____ )    Judge:
    _____ )    Hon. William M. Wunderlich
17
         IT IS HEREBY STIPULATED by and between ELIZABETH WALDOW,
18
    the Legal Officer for the National Park Service and Defendant,
19
    PAUL COLLINS, and his Attorney of record, CARROLL COLLINS III.,
20
    that the Initial appearance and arraignment in the above-
21
    captioned matter be continued to July 31, 2007, at 10:00 a.m..
22
23
    Dated: July 9 , 2007.          By /s/ Elizabeth Waldow
24                                    ELIZABETH WALDOW
                                      Legal Officer
25                                    National Park Service
                                      (As authorized 7/9/07)
26
27  Dated: July 9, 2007.
                                    By: /s/ Carroll Collins III
28                                      CARROLL COLLINS, III.
                                        Attorney for PAUL J. COLLINS
                                        (As authorized 7/9/07)
                                   1
                   STIPULATION TO ----------AND ORDER THEREON
```

\* \* \* ORDER \* \* \*

The Court, having reviewed the above request for a Continuance of Initial Appearance and Arraignment on July 10, 2007, at 10:00 a.m. and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. The Initial Appearance and Arraignment for Defendant, PAUL COLLINS, shall be continued to July 31, 2007 at 10:00 a.m.

It is so ordered:

Dated:_____, 2007

By:_____
   HON. WILLIAM M. WUNDERLICH
   United States Magistrate Judge
   Eastern District of California

IT IS SO ORDERED.

Dated:  **July 11, 2007**       /s/ **William M. Wunderlich**
                    UNITED STATES MAGISTRATE JUDGE